

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00208-CR

Jose Manuel **ROMO-MORAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2181-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The State's motion for extension of time to file their brief is granted. The appellees' brief is due August 24, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court